1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **DONALD GRUBB,** | ) | Case No. EDCV 06-00807 SJO (AJW) |
| **Plaintiff,** | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION OF** |
| | ) | **MAGISTRATE JUDGE** |
| **FRANK HERNANDEZ, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

    **IT IS SO ORDERED**.

DATED: January 19, 2009

                                         / S /   S. James Otero
                                         S. JAMES OTERO
                                         United States District Judge