# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DONALD GRUBB, | ) Case No. EDCV 06-807 SJO (AJW) |
| Plaintiff, | ) [PROPOSED] |
| v. | ) J U D G M E N T |
| FRANK HERNANDEZ, et. al., | ) |
| Defendants. | ) |

**IT IS ADJUDGED** that (1) plaintiff's claims against defendant Frank Hernandez are dismissed with prejudice, and (2) plaintiff's claims against the remaining defendants are dismissed without prejudice.

DATED: May 1, 2009

*S. James Otero*
S. JAMES OTERO
United States District Judge